# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/10/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00080SOM |
| CASE NAME: | USA vs. Malva Ideue |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | Shanlyn Park |
| | Neil Tsukayama (USPO) |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | ESR-LG |
| DATE: | 1/10/2006 | TIME: | 2:05 - 2: 25 |

COURT ACTION:  EP: Hearing re: Issue of Restitution -

Defendant Malva Ideue present by telephone.

Discussion held re: issue of restitution.

Parties in agreement to the amount of restitution.

Restitution is ordered in the amount of $115,563.20.

Conditions of Supervised Release is amended to include the following:

▸ That restitution of $115,563.20 is due immediately to Hawaii Electric Light Company; Attention Warren Lee, President; P.O. Box 1027; Hilo, HI  96721, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income. Interest is waived while the defendant is serving her term of imprisonment and shall commence to accrue on any remaining balance upon her release on supervision.

Defendant advised of her right to appeal.

Submitted by: Toni Fujinaga, Courtroom Manager.