| PROB 22 | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | 1:05-CR-00080-S01 |
| | DOCKET NUMBER (Rec. Court) |

FILED
U.S. DISTRICT COURT
2006 DEC 11 A 9:56
DISTRICT OF UTAH
BY: _____
DEPUTY CLERK

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | |
|---|---|---|
| MALVA IDEUE<br>4361 SOUTH VICTORIA LANE<br>ST. GEORGE, UT 84790 | HAWAII | |
| | DIVISION | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Susan Oki Mollway | |
| | DATES OF SUPERVISION TERM | FROM September 18, 2006 — TO September 17, 2011 |

| OFFENSE |
|---|
| Bank Fraud |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 15 2006
at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII,

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of UTAH, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

10/25/06
Date

/s/ Susan Oki Mollway
Honorable Susan Oki Mollway
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH,

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

12-7-06
Effective Date

/s/ Dee Benson
United States District Judge

SCANNED

Judge Dale A. Kimball
DECK TYPE: Criminal
DATE STAMP: 12/11/2006 @ 09:56:11
CASE NUMBER: 2:06CR00860 DAK